1  [COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a California non-profit corporation; and ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EVERGREEN PULP INC.,<br><br>　　　　　Defendant. | ) Case No. CIV 06-00002 EDL<br>)<br>) **STIPULATION AND [**~~PROPOSED~~**]**<br>) **ORDER REGARDING PRIVILEGE**<br>) **LOG**<br>)<br>) 　Judge: Magistrate Judge Laporte<br>)<br>)<br>)<br>)<br>)<br>) |

1  WILLIAM VERICK (State Bar No. 140972)
   Klamath Environmental Law Center
2  424 First Street
   Eureka, CA 95501-0404
3  Tel: (707) 268-8900, Fax: (707) 268-8901
   E-mail: wverick@igc.org
4
   SHARON E. DUGGAN (State Bar No. 105108)
5  Law Offices of Sharon E. Duggan
   370 Grand Avenue, Suite 5
6  Oakland, California 94610-4874
   Tel: (510) 271-0825, Fax: (510) 271-0829
7  E-mail: foxsduggan@aol.com

8  HELEN H. KANG (State Bar No. 124730)
   Environmental Law and Justice Clinic
9  Golden Gate University School of Law
   536 Mission Street
10 San Francisco, California 94105
   Tel: (415) 442-6647, Fax: (415) 896-2450
11 E-mail: hkang@ggu.edu

12 LUKE COLE (State Bar No. 145505)
   AVINASH KAR (State Bar No. 240190)
13 Center on Race, Poverty & the Environment
   450 Geary Street, Suite 500
14 San Francisco, California 94102
   Tel: (415) 346-4179, ext. 2, Fax: (415) 346-8723
15 E-mail: luke@igc.org

           Attorneys for Plaintiffs CALIFORNIANS FOR
16         ALTERNATIVES TO TOXICS and ENVIRONMENTAL
           PROTECTION INFORMATION CENTER
17

18 DAVID D. COOKE (State Bar No. 094939)
   EMILY L. KENNEDY (State Bar No. 223815)
19 Allen Matkins Leck Gamble Mallory & Natsis LLP
   Three Embarcadero Center, 12th Floor
20 San Francisco, CA 94111
   Tel: (415) 837-1515; Fax: (415) 837-1516
21 E-mail: dcooke@allenmatkins.com; ekennedy@allenmatkins.com

22 MARC A. ZEPPETELLO, (State Bar No. 121185)
   Barg, Coffin, Lewis & Trapp LLP
23 One Market Plaza, Steuart Street Tower, Suite 2700
   San Francisco, CA 94105
24 Tel: (415) 228-5400; Fax: (415) 228-5450
   E-mail: maz@bcltlaw.com
25
           Attorneys for Defendant
26         EVERGREEN PULP, INC.

A.    WHEREAS, pursuant to the Court's order of May 11, 2006, plaintiffs Californians for Alternatives to Toxics and The Environmental Protection Information Center (collectively "Plaintiffs") and Defendant Evergreen Pulp, Inc. ("Evergreen"), collectively, the "Parties," must prepare and produce privilege logs "no later than 14 days after discovery responses are due, unless the Court orders otherwise in a particular case."

B.    WHEREAS, on May 17, 2006, Evergreen responded to Plaintiffs first set of requests for production of documents, which response was due on May 18, 2006. Evergreen's privilege log associated with the response is therefore required to be produced on or before June 1, 2006.

C.    WHEREAS, the Parties have agreed and stipulate that Evergreen may have until June 15, 2006 to produce the privilege log associated with Evergreen's response to Plaintiffs first set of requests for production of documents.

Respectfully submitted,

///

///

///

///

///

///

///

Dated: May 30, 2006

KLAMATH ENVIRONMENTAL LAW CENTER
WILLIAM VERICK

GOLDEN GATE UNIVERSITY LAW SCHOOL
ENVIRONMENTAL LAW & JUSTICE CLINIC
HELEN KANG

CENTER ON RACE, POVERTY & THE ENVIRONMENT
LUKE COLE

By: /s/ William Verick
WILLIAM VERICK
Attorneys for Plaintiffs

Californians For Alternatives to Toxics and Environmental Protection Information Center

Dated: May 30, 2006

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
DAVID D. COOKE

BARG COFFIN LEWIS & TRAPP LLP
MARC A. ZEPPETELLO

By: /s/ David D. Cooke
DAVID D. COOKE
Attorneys for Defendant
Evergreen Pulp, Inc.

<u>Attestation Regarding Signature</u>: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated May 30, 2006, in San Francisco, California.

/s/ David D. Cooke

DAVID D. COOKE

[~~PROPOSED~~] **ORDER**

Based upon the stipulation of the Parties herein, it is hereby ordered that defendant Evergreen Pulp, Inc. ("Evergreen") may have until June 15, 2006 to produce the privilege log associated with Evergreen's response to the first set of requests for production of documents of plaintiffs Californians for Alternatives to Toxics and The Environmental Protection Information Center.

Dated: May 31, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE