IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, et al., | No. C-06-00002 EDL |
| Plaintiffs, | **ORDER EXTENDING NON-EXPERT DISCOVERY CUT-OFF DATE** |
| v. | |
| EVERGREEN PULP, INC., | |
| Defendant. | |

Pursuant to the stipulation of the parties, and for good cause shown, the deadline for completion of non-expert discovery is extended from October 31, 2006 to November 30, 2006. No other deadlines set forth in the Court's Scheduling Order are modified.

**IT IS SO ORDERED.**

Dated: September 25, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge