UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a California non-profit corporation and THE ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation<br><br>  Plaintiffs,<br><br>  vs.<br><br>EVERGREEN PULP, INC.,,<br><br>  Defendant. | Case No. C 06 0002 EDL<br><br>[PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUT-OFF DATE |

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the deadline for completion of non-expert discovery is extended from November 30, 2006 to December 7, 2006. No other deadlines set forth in the Court's Scheduling Order are modified.

Dated: November 20, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE