UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a California non-profit corporation; and THE ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EVERGREEN PULP, INC.,<br><br>Defendant. | Case No. C 06 0002 EDL<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT TO CONDUCT THE DEPOSITION OF LAWRENCE ODLE |

Pursuant to the stipulation of the parties, and good cause shown,

IT IS HEREBY ORDERED:

1. The current deadline of December 7, 2007 for completion of non-expert discovery is hereby extended, as set forth herein, for the sole purpose of taking and completing the deposition of Lawrence Odle.

2. In the event that Mr. Odle, reportedly a resident of Oregon, does not attend his deposition voluntarily on January 8-9, 2007, in San Francisco, and the parties are not able to make alternative mutually agreeable arrangements for voluntary appearance at the deposition by Mr. Odle, the deadline for the parties to conduct Mr. Odle's deposition within the District of Oregon pursuant to subpoena issued by the United States District Court for the District of Oregon shall be February 15, 2007.

3. Wherever and whenever it is conducted, the deposition of Mr. Odle may be conducted over the course of two days of not more than seven hours testimonial time each, and Evergreen, the party originally noticing the deposition, may have up to eight hours to examine Mr. Odle. No evidence of reimbursement of Mr. Odle's travel expenses or compensation of Mr. Odle for his time for the deposition may be offered or received, and no mention of these subjects shall be made, at the trial.

4. No other deadline set forth in the Court's Scheduling Order and subsequent orders extending the non-expert discovery cutoff are modified.

Dated: December 8, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE