DAVID D. COOKE (BAR NO. 094939)
EMILY L. KENNEDY (BAR NO. 223815)
ALLEN MATKINS LECK GAMBLE & MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: dcooke@allenmatkins.com
E-Mail: ekennedy@allenmatkins.com

MARC A. ZEPPETELLO (BAR NO. 121185)
BARG COFFIN LEWIS & TRAPP, LLP
One Market · Steuart Tower, Suite 2700
San Francisco, California 94105-1475
Telephone: (415) 228-5400
Fax: (415) 228-5450
E-Mail: maz@bcltlaw.com

Attorneys for Defendant
EVERGREEN PULP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a California non-profit corporation; and THE ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EVERGREEN PULP, INC.,<br><br>Defendant. | Case No. C 06 0002 EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING PRETRIAL SCHEDULE |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

698830.02/SF

1

Case No. C 06 0002 EDL
STIPULATION AND PROPOSED ORDER
MODIFYING PRETRIAL SCHEDULE

1       Plaintiffs Californians for Alternatives to Toxics and The Environmental Protection Information Center ("Plaintiffs") and defendant Evergreen Pulp, Inc. ("Evergreen") met with Magistrate Judge Wayne Brazil for a mandatory settlement conference on January 11, 2007. At that settlement conference Judge Brazil recommended, in aid of settlement negotiations, certain amendments to the current pretrial schedule. The parties agreed, and hereby stipulate, as follows:

      1.    Pursuant to the Stipulated Order entered by the Court on December 2,6 2006, the last day for the Plaintiffs to move to compel further production of documents described in the categories set forth in the December 26, 2006 order is currently January 12, 2007. The parties hereby stipulate and agree, and request that the Court order, that the January 12, 2007 deadline for filing such a motion to compel be further extended to February 2, 2007.

      2.    Pursuant to the Scheduling Order in this action, the deadline for completion of expert discovery in this action is currently February 5, 2007. The parties hereby stipulate and agree, and request that the Court order, that the February 5, 2007 expert discovery cutoff be further extended to February 20, 2007.

      3.    In order to facilitate the informal resolution of factual issues and avoid the necessity for or scope of pretrial motion practice, on or before January 19, 2007, the Plaintiffs shall provide Evergreen with a draft fact stipulation, and Evergreen shall provide Plaintiffs with a written response to the proposed fact stipulation by January 29, 2007. Magistrate Judge Brazil is available to handle telephonically any problems with this process which may arise.

      4.    On or before January 26, 2007, counsel for Evergreen shall provide Magistrate Judge Brazil with a verbal status report concerning the issues discussed at the January 11, 2007 mandatory settlement conference.

      5.    The proposed amendment contained herein shall not affect any other deadline established in the Scheduling Order and subsequent orders.

IT IS SO STIPULATED.

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP

698830.02/SF

2

Case No. C 06 0002 EDL
STIPULATION AND PROPOSED ORDER
MODIFYING PRETRIAL SCHEDULE

| | | |
|---|---|---|
| 1 | Dated: January 12, 2007 | EVERGREEN PULP, INC. |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | DAVID D. COOKE<br>Attorney for Defendant |
| 5 | Dated: January 12, 2007 | CALIFORNIANS FOR ALTERNATIVES TO TOXICS and THE ENVIRONMENTAL PROTECTION INFORMATION CENTER. |
| 6 | | |
| 7 | | By: /s/ |
| 8 | | WILLIAM VERICK<br>Attorney for Plaintiffs |

Attestation Regarding Signature: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 12, 2007.

By: /s/
DAVID D. COOKE

ORDER

Pursuant to the parties' stipulation, and for good cause shown,

IT IS SO ORDERED.

Dated: January 16, 2007    By: _____
Hon. Elizabeth D. LaPorte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

698830.02/SF

4

Case No. C 06 0002 EDL
STIPULATION AND PROPOSED ORDER
MODIFYING PRETRIAL SCHEDULE