WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, California 95501-0404
Tel: (707) 268-8900, Fax: (707) 268-8901
E-mail: wverick@igc.org

SHARON E. DUGGAN (State Bar No. 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, California 94610-4874
Tel: (510) 271-0825, Fax: (510) 271-0829
E-mail: foxsduggan@aol.com

HELEN H. KANG (State Bar No. 124730)
BRENT PLATER (State Bar No. 209555)
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, California 94105
Tel: (415) 442-6647, Fax: (415) 896-2450
E-mail: hkang@ggu.edu

LUKE COLE (State Bar No. 145505)
AVINASH KAR (State Bar No. 240190)
Center on Race, Poverty & the Environment
450 Geary Street, Suite 500
San Francisco, California 94102
Tel: (415) 346-4179, ext. 2, Fax: (415) 346-8723
E-mail: luke@igc.org

Attorneys for Plaintiffs CALIFORNIANS FOR
ALTERNATIVES TO TOXICS and ENVIRONMENTAL
PROTECTION INFORMATION CENTER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a California non-profit corporation; and THE ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation;<br><br>  Plaintiffs,<br><br>  v.<br><br>EVERGREEN PULP INC.,<br><br>  Defendant. | Case No.: 06 00002 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER** AS MODIFIED |

1  WHEREAS, Plaintiffs Californians for Alternatives to Toxics and The Environmental
2 Protection Information Center and Defendant Evergreen Pulp, Inc. participated in mediation with
3 Magistrate Judge Brazil on January 11 and February 1, 2006, and have made substantial progress
4 toward reaching a settlement agreement in principle; and

5  WHEREAS, the parties believe that the opportunity to reach a final agreement will be
6 greatly enhanced by staying the deadlines in the Case Management and Pretrial Order for Jury
7 Trial dated May 12, 2006 and the Stipulation and Order Modifying Trial Schedule dated January
8 16, 2007;

9  THEREFORE, the parties stipulate that the deadlines in effect be stayed and that the
10 Court schedule a further Case Management Conference ~~in the week of March 5, 2007~~ on March 6, 2007 at 10:00am.
11 An updated Joint Case Management Statement shall be filed February 28, 2007. **The parties are cautioned that if the case does not settle, the Court will set an early trial date.**

12 IT IS SO ORDERED this ___6th___ day of __February__ 2007.

13
14  _____
15  ELIZABETH D. LAPORTE
    United States Magistrate Judge

    IT IS SO ORDERED AS MODIFIED
    /s/ Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

16
17 Presented on February 1, 2007 by:

18  _____/s/_____
19  HELEN KANG (State Bar No. 124730)
    BRENT PLATER (State Bar No. 209555)
20  Environmental Law and Justice Clinic
    Golden Gate University School of Law
21  536 Mission Street
    San Francisco, California 94105
22
    Attorneys for Plaintiffs
23  Californians for Alternatives to Toxics and
    The Environmental Protection Information Center
24
25  _____/s/_____
    DAVID D. COOKE (State Bar No. 094939)
26  EMILY L. MURRAY (State Bar No. 223815)
    Allen Matkins Leck Gamble Mallory & Natsis LLP
27  Three Embarcadero Center, 12th Floor
    San Francisco, California 94111
28
    Attorneys for Evergreen Pulp, Inc.

STIPULATION AND ~~PROPOSED~~ ORDER
1                                           Case No. C 06 0002 EDL

1  Attestation Pursuant to General Order 45, X.B.:  I attest that I have obtained concurrence in the filing of this document from each of the signatories other than the person whose User ID and
2  Password are being used to file this document.

                              /s/
HELEN KANG (State Bar No. 124730)